# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-60590-RAR

CARLA GHIPSMANN,

    Plaintiff,

v.

EMPIRE TODAY, LLC, and
CHARLESBANK CAPITAL PARTNERS, LLC,

    Defendants.
_____/

**ORDER APPROVING FLSA SETTLEMENT AGREEMENT AND DISMISSING ACTION WITH PREJUDICE**

THIS CAUSE arose before the Court on the Joint Motion for Approval of the Parties' FLSA Settlement Agreement (D.E. # 11). The above-styled action arose pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq* . and, therefore, requires Court Approval. *Lynn's Food Stores, Inc. v. United States,* 679 F. 2d 1350, 1353 (11th Cir. 1982) ("When employees bring a private action for back wages under the FLSA, and present to the district court a proposed settlement, the district court may enter a stipulated judgment after scrutinizing the settlement for fairness").  This Court, being fully advised in the premises, and upon review of the settlement agreement between the parties, hereby approves the settlement of the wage and hour claims asserted by Plaintiff for the instant lawsuit and hereby dismisses this action in its entirety and with prejudice, which each party to bear its fees and costs pursuant to the parties' settlement agreement.

The Court shall retain jurisdiction to enforce the terms of the Parties' settlement agreement and to award attorney's fees and costs in connection with such enforcement.

5

**DONE AND ORDERED** in Chambers at the United States District Courthouse for the Southern District of Florida in _____ County, Florida this day of _____, 20_____.

_____
U.S. DISTRICT JUDGE

Copies furnished to:
U.S. Magistrate Judge _____
Counsel of Record